UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRACCARRIE RAMSEY                   CIVIL ACTION

VERSUS                               NO.  15-0967

N. BURL CAIN, WARDEN              SECTION "G"(5)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Braccarrie Ramsey for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE** as untimely.

**NEW ORLEANS, LOUISIANA,** this  11th  day of April, 2016.

                                                 **NANNETTE JOLIVETTE BROWN**
                                                 UNITED STATES DISTRICT JUDGE